**Entered on Docket
September 02, 2010**

_____
**Hon. Gregg W. Zive
United States Bankruptcy Judge**

STEPHEN R. HARRIS, ESQ.
**Nevada Bar No. 001463**
CHRIS D. NICHOLS, ESQ.
**Nevada Bar No. 003123**
BELDING, HARRIS & PETRONI, LTD.
417 West Plumb Lane
Reno, Nevada 89509
Telephone: (775) 786-7600
Facsimile: (775) 786-7764
Email: steve@renolaw.biz
Attorneys for Debtor and
Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * *

IN RE:

SKYE INTERNATIONAL, INC.
a Nevada corporation,

Debtor.
_____/

Case No. BK 09-54485 gwz
(Chapter 11)

**ORDER APPROVING
AND CONFIRMING DEBTOR'S
FIRST AMENDED PLAN OF
REORGANIZATION, AS
SUPPLEMENTED**

Hrg. DATE: August 24, 2010
Hrg. TIME: 2:00 p.m.

SKYE INTERNATIONAL, INC., a Nevada corporation, ("Debtor") the Debtor and

Debtor-in-Possession in this Chapter 11 bankruptcy reorganization proceeding, by and through its

attorneys, STEPHEN R. HARRIS, ESQ., and CHRIS D NICHOLS, ESQ., of BELDING,

HARRIS & PETRONI, LTD., having submitted its DEBTOR'S FIRST AMENDED JOINT

LAW OFFICES OF
BELDING, HARRIS
& PETRONI, LTD.
ATTORNEYS AT LAW
417 WEST PLUMB LANE
RENO,
NEVADA 89509
(775) 786-7600

-1-

DISCLOSURE STATEMENT AND PLAN OF REORGANIZATION (dated May 20, 2010), filed on May 20, 2010, as supplemented by the SUPPLEMENT TO DEBTOR'S FIRST AMENDED JOINT DISCLOSURE STATEMENT AND PLAN OF REORGANIZATION, filed on August 11, 2010 (collectively "PLAN"); and the PLAN having been duly served and noticed for an 11 U.S.C. §1129 Confirmation Hearing, to all creditors and parties requesting notice thereof, with the duly noticed hearing to consider confirmation of the Debtor's PLAN, as amended and supplemented, conducted on August 24, 2010, at 2:00 p.m.; with CHRIS D NICHOLS, ESQ. of BELDING, HARRIS & PETRONI, LTD., appearing on behalf of the Debtor, SKYE INTERNATIONAL, INC., and Tom Kauffman, representative of the Debtor also present; with WILLIAM B. COSSITT, ESQ., appearing on behalf of the Office of the United States Trustee; and the Court having considered all pleadings on file and the oral argument of counsel for the relief requested; including the Limited Objection of Summit Growth Management, LLC to Confirmation of Debtor's First Amended Joint Disclosure Statement and Plan of Reorganization filed August 6, 2010, the Reply to Limited Objection of Summit Growth Management, LLC., to Confirmation of Debtor's First Amended Joint Disclosure Statement and Plan of Reorganization filed August 22, 2010; and good cause appearing;

IT IS HEREBY DETERMINED after hearing on notice that:

1. The PLAN has been accepted in writing by the creditors and interest holders whose acceptances are required by law; and

2. The provisions of Chapter 11 of the Code have been complied with; that the PLAN has been proposed in good faith and not by any means forbidden by law; and that the proponent of the PLAN complies with the applicable provisions of the Bankruptcy Code; and

3. Each holder of a claim and interest has accepted the PLAN or will receive or retain

LAW OFFICES OF
BELDING, HARRIS
& PETRONI, LTD.
ATTORNEYS AT LAW
417 WEST PLUMB LANE
RENO,
NEVADA 89509
(775) 786-7600

-2-

under the PLAN property of a value, on account of such claim, as of the Effective Date of the PLAN, that is not less than the amount that such holder would receive or retain if the Debtor SKYE INTERNATIONAL, INC., a Nevada corporation, were liquidated under Chapter 7 of the Code on such date. Further, the PLAN does not discriminate unfairly, and is fair and equitable, with respect to each class of claims and/or interests that is impaired under, and had not accepted the PLAN; and

4. All payments made or promised by the Debtor SKYE INTERNATIONAL, INC., or by a person or entity issuing securities or acquiring property under the PLAN or by any other person or entity for services or for costs and expenses in, or in connection with, the PLAN and incident to this case, have been fully disclosed to the Court and are reasonable or, if to be fixed after confirmation of the PLAN, will be subject to the approval of the Court; and

5. The identity, qualifications, and affiliations of the persons who are to be directors or officers of the successor to the Debtor SKYE INTERNATIONAL, INC., a Nevada corporation, under the PLAN, have been disclosed, if any; and

6. The identity of any insider that will be employed or retained by the Debtor and their compensation has been fully disclosed, if any; and

7. Confirmation of the PLAN is not likely to be followed by the need for further financial reorganization of the Debtor SKYE INTERNATIONAL, INC., or any successor to it under the PLAN, and the PLAN is feasible; and

8. At least one impaired class of claims has accepted the PLAN, determined without including any acceptances of the PLAN by an insider holder of a claim of such class; and

9. That certain impaired creditors and interest holders have accepted the PLAN by virtue of acceptance of the PLAN by the requisite number and amount of members in each class,

LAW OFFICES OF
BELDING, HARRIS
& PETRONI, LTD.
ATTORNEYS AT LAW
417 WEST PLUMB LANE
RENO,
NEVADA 89509
(775) 786-7600

-3-

those accepting classes being Class 2 – Thaddeus Marek, Class 3 – Perry and Rosario Logan, Class 5 - General Unsecured Creditors, Class 6 – Equity Claims and Class 7 – Stock Option Claims providing no votes; and

10. The LIMITED OBJECTION OF SUMMIT GROWTH MANAGEMENT, LLC, TO CONFIRMATION OF DEBTOR'S FIRST AMENDED JOINT DISCLOSURE STATEMENT AND PLAN OF REORGANIZATION has been addressed by Debtor filing its SUPPLEMENT TO DEBTOR'S FIRST AMENDED JOINT DISCLOSURE STATEMENT AND PLAN OF REORGANIZATION, whereby it was stated and agreed that SUMMIT GROWTH MANAGEMENT, LLC, would retain as a post-confirmation lien on all of Debtor's pre- and post-petition property serving as collateral for the loan of SUMMIT GROWTH MANAGEMENT, LLC, with Debtor, pursuant to the FINAL ORDER AUTHORIZING DEBTOR TO OBTAIN DEBTOR-IN-POSSESSION FINANCING UNDER 11 U.S.C. §§105 AND 364(c), AND FRBP 4001(c) entered February 19, 2010; and

**IT IS HEREBY ORDERED** that the DEBTOR'S FIRST AMENDED JOINT DISCLOSURE STATEMENT AND PLAN OF REORGANIZATION (dated May 20, 2010), filed with the Court on May 20, 2010, as supplemented by the SUPPLEMENT TO DEBTOR'S FIRST AMENDED JOINT DISCLOSURE STATEMENT AND PLAN OF REORGANIZATION, filed on August 11, 2010, collectively referred to as the PLAN, be and the same hereby is approved and confirmed and is binding on all creditors, interest holders and parties-in-interest in the above-captioned bankruptcy case; and

**IT IS FURTHER ORDERED** that the Effective Date of the PLAN shall be the first business day occurring thirty (30) calendar days after the date on which the ORDER APPROVING AND CONFIRMING DEBTOR'S FIRST AMENDED PLAN OF

LAW OFFICES OF
BELDING, HARRIS
& PETRONI, LTD.
ATTORNEYS AT LAW
417 WEST PLUMB LANE
RENO,
NEVADA 89509
(775) 786-7600

REORGANIZATION, AS AMENDED AND SUPPLEMENTED, is entered by the Clerk's Office; and

**IT IS FURTHER ORDERED** that Debtor SKYE INTERNATIONAL, INC., shall treat and pay allowed creditors claims as stated in the PLAN; and

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction to adjudicate all matters (except to the extent contrary to the terms of the PLAN) pertinent to the administration of the Debtor's bankruptcy estate and to the extent provided by law and under the terms of the PLAN; and

**IT IS FURTHER ORDERED** that the Debtor is authorized to take all actions necessary to effectuate the PLAN; and

**IT IS FURTHER ORDERED** that the assets of the bankrupt estate shall revest in the Reorganized Debtor; and

**IT IS FURTHER ORDERED** that the confirmation of this PLAN constitutes a discharge as set forth in 11 U.S.C. § 1141(d) of the Bankruptcy Code, except as noted herein; and

**IT IS FURTHER ORDERED** that pursuant to 11 U.S.C. § 1106(a)(7), the Debtor shall file with the Clerk, not later than 180 days after the entry of this order, a report of the action taken by the Debtor and the progress made toward consummation of its confirmed Plan, as amended and supplemented herein, and further, said report shall include, at a minimum, the following information:

(1) A schedule of any real property, and its cost, acquired since confirmation of the Plan, and a schedule of each item of personal property acquired at a cost of more than $20,000.00 since confirmation of the Plan;

(2) A schedule of each debt and each class of creditors listing the total

LAW OFFICES OF
BELDING, HARRIS
& PETRONI, LTD.
ATTORNEYS AT LAW
417 WEST PLUMB LANE
RENO,
NEVADA 89509
(775) 786-7600

-5-

amount of the amount required to be paid, the amount required to be paid to date, the amount actually paid to date, and the amount unpaid;

(3) A schedule of executory contracts entered into or assumed after Plan confirmation;

(4) A statement indicating that post-petition taxes of every kind have been paid current, identifying each type of tax which has been paid and is current (*i.e.*, income, payroll, property, sales, etc.), or a detailed explanation of any and all delinquencies, by type of tax, and dollar amount;

(5) An estimate of the time for Plan consummation and application for final decree; and

(6) Any other pertinent information needed to explain the progress toward completion of the confirmed Plan; and

**IT IS FURTHER ORDERED** that Debtor's duly appointed professionals who render professional services after the Confirmation Date, do not need to seek Court approval for payment of professional fees and costs, and that the Debtor may pay said professionals for the time spent and costs incurred in the ordinary or non-ordinary course of its business and liquidation without Court approval of same; and

**IT IS FURTHER ORDERED** that the Debtor has sixty (60) days after the Confirmation Date within which to file objection(s) to any disputed Proof(s) of Claim and;

///

///

///

///

**IT IS FURTHER ORDERED** that the Debtor shall act as the Disbursing Agent for the Debtor's bankruptcy estate, who shall make PLAN payments from monies collected through operations or liquidation of the Reorganized Debtor's assets pursuant to the PLAN.

*Prepared and Submitted by:*

CHRIS D NICHOLS, ESQ.
BELDING, HARRIS & PETRONI, LTD.
417 W. Plumb Lane
Reno, NV 89509

_____
ATTORNEYS FOR DEBTOR

Approved/Disapproved as to form
this /ˢᵗ day of September, 2010.

MAUPIN, COX & LEGOY
4785 Caughlin Parkway
Reno, Nevada 89520

_____
CHRISTOPHER D. JAIME, ESQ.
Attorney for Lender, SUMMIT
GROWTH MANAGEMENT, LLC

Approved/Disapproved as to form
this _____ day of _____, 2010.

OFFICE OF U.S. TRUSTEE
300 Booth Street, Suite 3009
Reno, Nevada 89509

_____
WILLIAM B. COSSITT, ESQ.

###

LAW OFFICES OF
BELDING, HARRIS
& PETRONI, LTD.
ATTORNEYS AT LAW
417 WEST PLUMB LANE
RENO,
NEVADA 89509
(775) 786-7600

-7-

**IT IS FURTHER ORDERED** that the Debtor shall act as the Disbursing Agent for the Debtor's bankruptcy estate, who shall make PLAN payments from monies collected through operations or liquidation of the Reorganized Debtor's assets pursuant to the PLAN.

*Prepared and Submitted by:*

CHRIS D NICHOLS, ESQ.
BELDING, HARRIS & PETRONI, LTD.
417 W. Plumb Lane
Reno, NV  89509

_____
ATTORNEYS FOR DEBTOR

Approved/Disapproved as to form
this _____ day of _____, 2010.

MAUPIN, COX & LEGOY
4785 Caughlin Parkway
Reno, Nevada  89520

_____
CHRISTOPHER D. JAIME, ESQ.
Attorney for Lender, SUMMIT
GROWTH MANAGEMENT, LLC

Approved/~~Disapproved~~ as to form
this _____ day of _____, 2010.

OFFICE OF U.S. TRUSTEE
300 Booth Street, Suite 3009
Reno, Nevada  89509

*/s/ William B. Cossitt*
_____
Attorney for Acting United States Trustee
August B. Landis

###

LAW OFFICES OF
BELDING, HARRIS
& PETRONI, LTD.
ATTORNEYS AT LAW
417 WEST PLUMB LANE
RENO,
NEVADA 89509
(775) 786-7600